## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          :ss.:
COUNTY OF NEW YORK        )

**LISA M. HAILEY**, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Kings County, New York.

On November 3, 2020, I served the within **CIVIL COVER SHEET** and **NOTICE OF REMOVAL (with accompanying Exhibit "A" – Summons and Complaint)** upon the parties listed below at the addresses designated by said party for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by **ECF**.

> TO:   Joshua C. Olmstead, Esq.
> CELLINO & BARNES, P.C.
> 420 Lexington Avenue, Suite 2140
> New York, New York 10170
> Attorney for Plaintiff
> **CHARMAINE KING**
> E-Mail: josh.olmstead@cellinoandbarnes.com
> Telephone No.: 1 (800) 621-2020
> Direct Fax No.: 1 (716) 854-6291

*Lisa M. Hailey*

_____
**LISA M. HAILEY**

Sworn to before me this
3rd day of November, 2020

*[signature]*
NOTARY PUBLIC
Shari L. DeMattia
Notary Public, State of New York
No. 01DE6001012
Qualified in Richmond County
Commission Expires, May 3, 2022

13817137-1